IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
GENEVA ALABAMA

RECEIVED
2020 JAN 15 A 10 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANTONIO JACKSON,
    DEFENDANT,
      PRO SE,

| CASE No. 1:20-CV-34-WHAWC
| (To BE Supplied By CLERK)

VS

TONY HELMS (SHERIFF)
    PLAINTIFF,

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2020 JAN 15 A 10 01
RECEIVED

1983 COMPLAINT

Comes Now THE Above Named defendant
MR ANTONIO JACKSON PRO SE AND MOVES THIS
HONORABLE COURT AND Judge To RENDER FAVORABLE
JUDGEMENT AND GRANTING THIS SAID 1983
COMPLAINT


(ISSUE ONE) FALSE ARREST

ON OR DECEMBER 18, 2015 MR JACKSON And
THREE OTHER PEOPLES WERE STOPPED AT A ROADBLOCK

by THE ALABAMA STATE TROOPERS, AND DURING THAT
STOP THE DRIVER OF THE CAR LORA DARRIS OMITTED TO
HAVING LESS THAN (1) GRAMS OF MARIJUANA AND
CLEARLY STATED THAT IT WERE FOR PERSONAL USE
AND MAKE NOTE THAT THERE NO OTHER DRUGS FOUNDS
AND INSTEAD OF THE STATE TROOPERS RELEASING THE
THREE WHICH WOULD HAVE BEEN THE CORRECT THING TO
DO THE LEGAL WAY, THEY ARRESTED EVERYONE, EVEN AFTER
SHE TOOK THE CHARGE AND THEN TOOK ALL THE MONEY
ILLEGALLY AND THE ORIGINALLY CHARGED THEM WITH
POSSESSION OF MARIJUANA 2nd DEGREE

(ISSUE TWO) MISCARRIGE OF JUSTICE

INSTEAD OF DROPPING THE CHARGES AGAINST THE
THREE PASSENGERS AND RETURNING THEIR MONIES
THE DISTRICT COURT OF ALABAMA, GENEVA COUNTY
CHOSE TO ILLEGALY ENHANCE THE CHARGE FROM
POSSESSION OF MARIJUANA 2nd DEGREE TO POSSESSION
OF MARIJUANA 1ST CITING THE AMOUNT OF MONIES
TAKEN FROM THE PASSENGERS.
                        THIS WHOLE CASE HAS BEEN
MISHANDLED FROM THE VERY BEGINNING AND THE COURT
HERE IN GENEVA COUNTY, HEADED BY THE HONORABLE
JUDGE STEPHEN G SMITH AND HAS WORKED HAND IN
HAND WITH THE ATTORNEY GENERAL'S OFFICE TO COVER
UP THEIR MISTAKE OF CHARGING THE THREE PASSENGER

IN THE CAR FOR POSSESSION OF MARIJUANA WHEN
NONE OF THEM WERE EVER FOUND TO BE IN POSSESSION
OF ANYTHING ILLEGAL.

DATED THIS THE 14TH DAY OF JAN        2020

I SWEAR UNDER THE PENALTY OF PREJURY THE
ABOVE IS TRUE AND CORRECT'

Respectfully Submitted,
antonio Jackson
ANTONIO JACKSON
COFFEE COUNTY Complex # C-B-1
NEW BROCKTON AL 36351

Antonio Jackson
C/O Coffee County Jail
4 County Complex
New Brockton, AL. 36351

MONTGOMERY AL 360

14 JAN 2020 PM 3



FOREVER / USA

INMATE MAIL

U.S. Majestric Judge
Federal Court House
1 Church St.
Montgomery AL. 36104

36104-401801